UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

OCT 28 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>v.<br><br>KEVIN LLOYD STANLEY, AKA Kevin Stanley,<br><br>　　　　Defendant - Appellant. | No. 10-50206<br><br>D.C. No. 2:09-cr-00486-ODW-1<br>U.S. District Court for Central California, Los Angeles<br><br>ORDER |



The opening brief submitted on October 22, 2010 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a blue cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Wayne Price
Deputy Clerk