**FILED**

UNITED STATES COURT OF APPEALS

JUN 02 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 10-50206 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00486-ODW-1 |
| v. | Central District of California, Los Angeles |
| KEVIN LLOYD STANLEY, AKA Kevin Stanley, | ORDER |
| Defendant - Appellant. | |



Before: BEEZER, TROTT, and RYMER, Circuit Judges.

At oral argument, the parties shall be prepared to discuss (1) Trulock v. Freeh, 275 F.3d 391 (4th Cir. 2001), and (2) United States v. Buckner, 473 F.3d 551 (4th Cir. 2007).

SO ORDERED.